IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LANEY, | * |
| Plaintiff, | * |
| v. | *   Case Number: 3:10-cv-389-WHA |
| VANDERBILT MORTGAGE AND FINANCE, INC., *et al.,* | * |
| Defendants. | * |

## JOINT STIPULATION OF DISMISSAL

**COME NOW**, the parties, by and through counsel, and pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure,* voluntarily dismiss the above referenced matter.

**WHEREFORE PREMISES CONSIDERED**, the parties pray that this case will be dismissed, with prejudice, costs taxed as paid, and for such other, further and different relief as may be just.

Respectfully submitted,

RADNEY, RADNEY & JACKSON, LLC

_____
Jason M. Jackson, Esquire

OF COUNSEL:
Radney, Radney & Jackson, LLC
P. O. Box 819
Alexander City, AL 35011
Telephone: 256.234.2547
Facsimile: 256.234.7871

RITCHEY, SIMPSON
GLICK & BURFORD, PLLC

_____
W. Scott Simpson, Esquire      {ASB-3319-S65W}
Gregory S. Ritchey, Esquire    {ASB-8193-H68G}
Counsel for Vanderbilt Mortgage and Finance, Inc.

**OF COUNSEL:**
RITCHEY, SIMPSON, GLICK & BURFORD, PLLC
The Mountain Brook Center
2700 Highway 280, Suite 203W
Birmingham, Alabama 35223-2468
Telephone:   205.876.1600
Facsimile    205.876.1616